## Commonwealth *v.* Miller, Appellant.

Argued June 9, 1958. Before RHODES, P.J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

Before Hess, J.

*Leonard J. Gajewski,* for appellant.

*Peter F. Cianci,* Assistant District Attorney, with him *Frederick O. Brubaker,* District Attorney, for appellee.

OPINION PER CURIAM, July 17, 1958:

The judgment of sentence of the court below is affirmed on the opinion of Judge Hess of the Court of Oyer and Terminer of Berks County, as reported in 13 Pa. D. & C. 2d 223.